[No. 29112-0-III.   Division Three.   April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS GARAAS, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 10-1-00023-6, John Hotchkiss, J., entered June 1, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28560-0-III.   Division Three.   April 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ZEPEDA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01065-5, F. James Gavin, J., entered October 9, 2009. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28611-8-III.   Division Three.   April 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00418-1, Evan E. Sperline, J., entered October 20, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 29046-8-III.   Division Three.   April 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JARROD J. YOCKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01451-6, Maryann C. Moreno, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Siddoway, JJ.